Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS MONTAGUE and LIANA MONTAGUE,<br><br>        Plaintiffs,<br><br>  v.<br><br>AMERICAN STRATEGIC INSURANCE CORP. d/b/a PROGRESSIVE HOME,<br><br>        Defendant. | No. 2:24-cv-00209-JNW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon stipulation of the parties, this matter is dismissed with prejudice, with each side to bear their own costs and attorney fees.

DATED: October 2nd, 2024.

_____
Honorable Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE
[2:24-cv-00209-JNW] – 1

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015